**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JAMES C. FORMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-05-62-M |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On December 30, 2005, United States Magistrate Judge Bana Roberts issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Commissioner of Social Security Administration ("Commissioner"), denying plaintiff's applications for disability insurance benefits and supplemental security income payments under the Social Security Act.  The Magistrate Judge recommended that the Commissioner's decision be affirmed.  The parties were advised of their right to object to the Report and Recommendation by January 19, 2006, and on that date, plaintiff filed her objections.

In her objections, plaintiff objects to the Magistrate Judge's findings regarding the Administrative Law Judge's consideration of plaintiff's vision impairment as based on inaccurate assumptions regarding the nature of plaintiff's impairment and terms used in the medical evidence. Having carefully reviewed the Administrative Record, the parties' briefs, the Report and Recommendation, and plaintiff's objections, the Court finds that the Magistrate Judge did not err in her findings regarding plaintiff's vision impairment.

Accordingly, upon <u>de</u> <u>novo</u> review, the Court:

(1)     ADOPTS the thorough and well-reasoned Report and Recommendation issued by the Magistrate Judge on December 30, 2005, and

(2)     AFFIRMS the decision of the Commissioner.

**IT IS SO ORDERED this 31st day of January, 2006.**

VICKI MILES-LaGRANGE

UNITED STATES DISTRICT JUDGE